No. 04M51. BRENNAN *v.* MERCEDES BENZ USA ET AL.;

No. 04M52. WILSON *v.* BARTOS, WARDEN, ET AL.;

No. 04M53. MEADOWS *v.* OKLAHOMA ET AL.;

No. 04M54. HENDERSON *v.* YARBOROUGH, WARDEN, ET AL.; and

No. 04M55. LEON C. BAKER P. C. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.